UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SHELDON McGEE, JR., | No. 2:18-cv-01680-GGH |
| Petitioner, | ORDER |
| v. | |
| DANIEL PARANO, | |
| Respondent. | |

Petitioner filed a petition for habeas corpus pro se on June 8, 2018, ECF No 1, and now seeks permission to proceed in forma pauperis. ECF No. 6. The court has examined his application and determined that he lacks the economic resources to pay the fees and costs associated with bringing this suit. The court will, therefore, GRANT the in forma pauperis application.

In light of the foregoing IT IS HEREBY ORDERED that:

1.     Petitioner's motion to proceed in forma pauperis is GRANTED;

Dated: July13, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1